IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(Southern Division)

02 FEB 12 PM 4: 14

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Johnny Knott, Minnie White, Shirley Epps, Tionne Harris and Tisha Johnson    )<br>    )<br>Plaintiffs,    )<br>    )<br>vs.    ) Civil Action No. 02-BU-0030-S<br>    )<br>Jefferson County Commission, et. al., and Steven Small, Mary Buckelew, and Betty Fine Collins in their official Capacities,    )<br>    )<br>Defendants.    ) | |

## Motion for Leave to Amend Complaint

Pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure, the plaintiffs respectfully request leave to amend their complaint. Attachment A is copy of the proposed amended complaint. As grounds for this amendment, the Plaintiffs state as follows:

1.    In response to the initial complaint, the defendants filed a motion to dismiss. The amended complaint corrects any alleged pleading deficiency identified by the defendants. Specifically, the amended complaint only names the Jefferson County Commission. Since the defendant Commissioners were named only in their official capacity, dropping them from the amended complaint does not really change their ultimate participation in this litigation. The amended complaint also adds Probate Judge Bolin because the defendants essentially claimed that he was a necessary party.

2.    With respect to the specific allegations, the amended complaint makes clear that the plaintiffs are alleging that the packing of African American voters into two districts in order to minimize their influence in neighboring districts violates Section 2 of the Voting Rights Act.



The complaint also alleges that the County Commission could have drawn a plan that (1) maintains two majority minority districts and (2) creates at least one district where African American voters can exert significant electoral influence. Since a Section 2 violation is measured in relationship to an ideal plan, a plan that creates an influence district that satisfies traditional redistricting criteria should be adopted over the current plan.

3. With respect to the defendants argument concerning the alleged Equal Protection Violation, the amended complaint makes clear that the plaintiffs allege that race was the predominant factor used in drawing the new Commission districts.

4. The amended complaint sharpens the claims in this case and addresses the concerns raised in the defendants' motion to dismiss.

5. This case is still in the early stages of litigation and the remaining defendant Jefferson County Commission will not be prejudiced by the granting of the request for leave to file an amended complaint.

6. WHEREFORE, premises considered, the plaintiffs respectfully request leave to file the attached amended complaint.

Respectfully submitted,

*Richard Rouco*

Joe R. Whatley WHA003
Richard P. Rouco ROU008

OF COUNSEL:
Whatley Drake, LLC
Post Office Box 10647
Birmingham, Alabama 35202-0647
Phone: (205) 328-9576
Fax:    (205) 328-9669

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served via United States mail, postage prepaid and properly addressed, on the 12th day of February, 2002, to the following:

Albert L. Jordan, Esq.
Michael L. Jackson, Esq.
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253

*Richard Rouco*
Of Counsel

3