IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 JAN 29 PM 2:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOHNNY KNOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. CV-02-T-0030-S |
| ) | |
| JEFFERSON COUNTY COMMISSION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

In accord with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, including signatures of attorneys for all parties, Plaintiffs Johnny Knott, Minnie White, and Shirley Epps hereby stipulate to the dismissal of this action, with prejudice.

Respectfully submitted this 29th day of January, 2003.

_____
Joe R. Whatley
Richard P. Rouco

Attorneys for Plaintiffs Johnny Knott,
Minnie White, and Shirley Epps

WHATLEY DRAKE, LLC
P.O. Box 10647
Birmingham, AL 35202-647
Phone: 205-328-9576

_____
Albert L. Jordan
Glenn G. Waddell

Attorneys for Defendants Jefferson
County Commission and Hon. Michael F.
Bolin, in his official capacity

WALLACE, JORDAN, RATLIFF &
 BRANDT, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
Phone: 205-870-0555